**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | INDICTMENT NO: CR215-13 |
| | ) | |
| v. | ) | 21 U.S.C. §§846 and 841(b)(1)(A) |
| | ) | Conspiracy to Possess With Intent |
| **STERLING BOND, aka "Tuffy"** | ) | and To Distribute Controlled |
| **JEANETTE BOND** | ) | Substances |
| **LAWRENCE DEWAYNE FLOYD** | ) | |
| **NIK KODROS** | ) | 21 U.S.C. §843(b) |
| | ) | Use of a Communication Facility |
| | ) | |
| | ) | 21 U.S.C. §853 Forfeiture |
| | ) | |

## **ORDER**

Based upon the motion of the Government, and for good cause shown therein, it is hereby ORDERED:

That the government disclose the sealed materials in this investigation (i.e. wiretap applications, affidavits, and orders, copies of recordings of interceptions and line sheets, search warrants, tracker warrants and pen registers), to defense counsel as part of the government's discovery obligations in the above styled case. The sealed items will remain under seal and are not subject to further dissemination absent an order from this Court.

So ORDERED this ___11th___ day of August, 2015.

_____
HON. R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA